KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. **11-04445-PCW11** |
| **SPOKANE HOME HEALTHCARE, INC.,** | Chapter **11** |
| Debtor. | **CONCLUSIONS OF LAW** |

    **THIS MATTER** came on for hearing on the filing of the Plan of Reorganization ("Plan") and the final approval of the Disclosure Statement ("Disclosure Statement"), the Court having herein entered its Findings of Fact, based upon the evidence produced, the Court now makes the following:

## **CONCLUSIONS OF LAW**

    1.    The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

    2.    The provisions of Chapter 11 have been complied with and the Plan has been proposed in good faith and not by means forbidden by law;

    3.    (i) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date, or (ii) the Plan does not discriminate unfairly,

Conclusions of Law-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

11-04445-PCW11    Doc 197    Filed 04/25/12    Entered 04/25/12 14:17:05    Pg 1 of 3

and is fair and equitable with respect to each class of claims or interest that are impaired under the Plan and has not accepted the Plan;

4. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by an other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

5. The identity qualifications and affiliations of the persons who are to be officers, directors, and/or shareholders of the Debtor after confirmation of the Plan have been fully disclosed, and the appointment of such persons to such offices or the continued appointment of such persons to such offices, or their continuance therein, is equitable and consistent with the interests of the creditors and equity security holders and with public policy;

6. The identity of any insider that will be employed or retained by the Debtor and their compensation has been fully disclosed;

7. (i) Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtor or (ii) if the Plan is a Plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for eventuality if the liquidation is not accomplished in that period;

8. Substantial consummation shall not occur before the sixtieth (60th) day after the Effective Date;

9. Debtor's Disclosure Statement is approved; and

Conclusions of Law-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

11-04445-PCW11    Doc 197    Filed 04/25/12    Entered 04/25/12 14:17:05    Pg 2 of 3

10. Debtor's Plan is hereby confirmed.

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Kevin O'Rourke
 KEVIN O'ROURKE, WSBA #28912

*[signature: Patricia C. Williams]*
Patricia C. Williams
Bankruptcy Judge

04/25/2012

Conclusions of Law-3

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159